UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br><br>               Petitioner,<br><br>    v.<br><br>ROBERT W. FOX, Warden<br><br>               Respondent. | No.  2:16-cv-02285 JAM GGH<br><br><br><u>ORDER TO SHOW CAUSE</u> |

      Petitioner is a state prisoner proceeding pro se with a habeas petition pursuant to 28 U.S.C. Section 2254.  On December 12, 2016, respondent filed a motion to dismiss.  ECF No. 14.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion.[1] . . . ."

      Good cause appearing, IT IS HEREBY ORDERED that:

      Petitioner shall show cause, within thirty (30) days of this Order, why his failure to oppose respondent's December 12, 2016 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion or he shall file an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss,

---

[1] The Motion itself gave warning of this potential in footnote 1.

1

will result in a recommendation that this action be dismissed.

Dated: January 22, 2017

                                          /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE