UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN, | No. 2:16-cv-02285 JAM GGH |
| Petitioner, | |
| v. | ORDER |
| ROBERT W. FOX, Warden, et al., | |
| Respondents. | |

This court issued an Order to Show Cause regarding Petitioner's failure to Oppose Respondents' Motion to Dismiss timely. ECF No. 15.  Plaintiff has now satisfactorily responded to the Order and filed Opposition to Respondents' Motion.  Good cause appearing therefore, the court's Order to Show cause is hereby satisfied.

Dated: February 17, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE